# EXHIBIT A



*Speaks v. US Tobacco Cooperative*

**Bill To:**

| | |
|---|---|
| **Job:** | 3162 |
| **Invoice Date:** | 9/14/2017 |
| **Due Date:** | 10/4/2017 |

Edward Kacsuta
U.S. Tobacco Cooperative Inc.
1304 Annapolis Drive
Raleigh, NC 27608

## National Paid Media

### Published Notice

| | Insertions |
|---|---|
| **Consumer Magazines** | |
| *ESPN The Magazine* | 1 |
| **Sub-Total:** | **$44,700.00** |

### Online Media

**Websites**
Advertising.com (includes AOL)
Conversant
Facebook.com
RadiumOne
Xaxis
Yahoo!

| | |
|---|---|
| **Sub-Total:** | **$545,603.00** |

### Earned Media and Outreach

| | |
|---|---|
| Press Release (National + Agriculture microlists) | $3,000.00 |
| Keywords Sponsorship Search | $6,500.00 |
| **Sub-Total:** | **$9,500.00** |

### Other Production Costs

| | |
|---|---|
| Production and Distribution: Print Ad | $1,500.00 |
| Production and Distribution: Banner Ad | $5,000.00 |
| **Sub-Total:** | **$6,500.00** |

### National Program Cost

| | |
|---|---|
| **Total:** | **$606,303.00** |

## Local Paid Media

### Local Television

30-second television ad will run on local stations that cover the 5 media markets (Raleigh-Durham, NC; Myrtle Beach-Florence, SC; Greensboro-High Point-Winston-Salem, NC; Greenville-New Bern-Washington, NC; and Roanoke-Lynchburg, VA). These markets contain 72% of historical grower locations.

| | |
|---|---|
| **Sub-Total:** | **$76,120.00** |

## Published Notice

| | | | Insertions |
|---|---|---|---|
| **Newspapers** | | | |
| Local Sunday Newspapers (25) | | | 1 |
| Local Daily Newspapers (26) | | | 1 |
| | | **Sub-Total:** | **$103,008.00** |
| **Trade Magazines** | | | |
| *FloridAgriculture* | | | 1 |
| *Southeast Farm Press* | | | 1 |
| *Tobacco Reporter Magazine* | | | 1 |
| | | **Sub-Total:** | **$47,641.00** |

## Trade Targeted Online

| | | | |
|---|---|---|---|
| Facebook & Twitter | | | |
| *Tobacco Journal International (www.tobaccojournal.com)* | | | |
| | | **Sub-Total:** | **$7,232.00** |

## Other Production Costs

| | | | |
|---|---|---|---|
| Production and Distribution: Print Ad | | | Included with national |
| Production and Distribution: Banner Ad | | | Included with national |
| Production and Distribution: Television Ad | | | $15,000.00 |
| | | **Sub-Total:** | **$15,000.00** |

## Local Media Program Cost

| | **Total:** | **$249,001.00** |
|---|---|---|

## Current Total Due

| | **Total:** | **$855,304.00** |
|---|---|---|

## Payment Instructions

**Wire Payment to:**
ABA/Routing # (Wire or ACH):  111014325
Account#:  8093434332
Account Name:  Kinsella Media, LLC
Reference #: 4979
Bank:  Bank of Texas
Bank Contact:  Mayra Landeros - 214.987.8817
Federal Tax ID:  52-2301194

**Or Overnight Payment to:**
SourceHOV
Attn: Bldg 1, Drawer 9065
2701 E Grauwyler Rd
Irving, TX 75061