_____

# EXHIBIT B
_____

# Invoice # 4987



*Speaks v. US Tobacco Cooperative*

**Job:** 3162
**Date:** October 20, 2017
**Due Date:** November 03, 2017

**Bill To:**
Edward Kacsuta
U.S. Tobacco Cooperative Inc.
1304 Annapolis Drive
Raleigh, North Carolina 27608

## Other Costs

| | |
|---|---|
| Production: TV Spot Voiceover | $1,500.00 |
| **Sub-Total:** | **$1,500.00** |

## Current Total Due

| | |
|---|---|
| **Total:** | **$1,500.00** |

## Payment Instructions

Wire Payments to:
ABA/Routing #(Wire or ACH): 111014325
Account #: 8093434332
Account Name: Kinsella Media, LLC
Reference #: 4987
Bank: Bank of Texas
Bank Contact: Mayra Landeros - 214.987.8817
Federal Tax ID: 52-2301194

Or Overnight Payment to:
SourceHOV
Attn: Bldg 1, Drawer 9065
2701 E Grauwyler Rd
Irving, TX 75061