_____

# EXHIBIT C
_____

| | | |
|---|---|---|
| **PREPARED FOR:** | | **PREPARED BY:** |
| *Speaks v U.S. Tobacco* | | **David C. Holland** |
| September 5, 2017 | | 612.359.2054 |
| | | Dholland@RustConsulting.com |

| **PROPOSAL SUMMARY** | | | **THANK YOU FOR GIVING RUST CONSULTING THE OPPORTUNITY TO SUBMIT THIS PROPOSAL. WE APPRECIATE YOUR CONSIDERATION.** |
|---|---|---|---|
| | Estimated Class Size | 823,606 | |
| | Estimated Filing Rate | 3.64% | |
| | **Notice Costs** | | |
| | Class Data Management | $73,340 | |
| | Mailed Notice | 82,637 | |
| | Publication Notice | - | |
| | | $155,978 | |
| | **Administration Costs** | | |
| | Website | $25,150 | |
| | Processing | 93,589 | |
| | Call Center | 70,314 | |
| | Distribution and Tax Reporting | 69,932 | |
| | Fees | 100,900 | |
| | Expenses | As Incurred | |
| | | $359,886 | |
| | **Total Project Cost** | **$515,863** | |

**TRUSTED RESOURCES PROVEN RESULTS**

CREATIVE APPROACH TO ADMINISTRATION
Rust's experienced project teams approach each engagement as unique. While leveraging existing systems and processes to control costs and maximize efficiency, we also consider all options and opinions, thinking beyond the status quo to identify opportunities and explore creative solutions.

CONSULT THE GOLD STANDARD
Insightful, steady leadership is essential: hundreds of daily decisions, large and small, impact the outcome of your programs. Partner with the leader and consult the gold standard for insights on issues such as reaching unidentified audiences, managing participation, and developing balanced claims validation strategies.

DEPTH OF EXPERIENCE IN YOUR FIELD
Rust's more than 5,700 settlements and similar programs administered spans nearly every subject area and case type. This means Rust's team members have the directly relevant industry knowledge and market intelligence to guide your program to a successful outcome.

The information contained in this document is considered confidential information, trade secrets and other proprietary information of Rust Consulting, Inc. and disclosure to the public is restricted. This information is not to be disclosed under any Freedom of Information Act, Public Records Act or similar law or regulation, as adopted by any jurisdiction without the prior written consent of Rust Consulting, Inc.



**PREPARED FOR:**
*Speaks v U.S. Tobacco*
September 5, 2017

**PREPARED BY:**
**David C. Holland**
612.359.2054
Dholland@RustConsulting.com

**KEY ASSUMPTIONS USED TO PREPARE THIS PROPOSAL**

| | | |
|---|---:|---:|
| **Class Size** | | 823,606 |
| **Legal Notification** | | |
| Class Member Data Records | 614,412 | |
| # of Deceased Records | 177,949 | |
| # of Confirmed Address Records | 150,406 | |
| Mailed Notice | 150,406 | 18.3% |
| Forwarded Notices | 752 | 0.5% |
| Undeliverable Notices | 7,520 | 5.0% |
| Address Traces for Undeliverable Notices | 7,520 | 100.0% |
| Re-Mailed Notices | 6,016 | 80.0% |
| Notice Requests | 200 | |
| **Call Center** | | |
| Number of Call Center Contacts | 7,520 | 5.0% |
| Number of Calls in IVR System | 7,520 | 100.0% |
| Number Reaching CSR | 5,264 | 70.0% |
| Connect Minutes per Call - IVR | 2 | |
| Connect Minutes per Call - CSR | 6 | |
| **Claimant Communications** | | |
| Opt Outs Received | 412 | 0.05% |
| Correspondence/Email Received | 824 | 0.1% |
| Total Claim Forms Received | 30,000 | 3.6% |
|     Hard Copy Claim Forms Received | 15,000 | 50.0% |
|     Online Claim Forms Received | 15,000 | 50.0% |
| Deficient Claim Forms | 1,500 | 10.0% |
| Responses to Deficient Claim Forms | 750 | 50.0% |
| **Distribution** | | |
| Mailed Checks | 29,250 | 3.6% |
| Forwarded Checks | 585 | 2.00% |
| Undeliverable Checks | 4,388 | 15.0% |
| Re-Mailed Checks | 3,949 | 90.0% |
| Reissued Checks Requested by Claimaint | 439 | 1.5% |

**STANDARD HOURLY RATES (Subject to Change)[1]**

| | |
|---|---:|
| Vice President | $277-350 |
| Director | $212-277 |
| Program Manager/Project Manager | $160-212 |
| Technical Consultant | $142-233 |
| Call Center/Processing Manager | $185 |
| Call Center/Processing Supervisor | $102 |
| Customer Service Representative (CSR) | $57 |
| Processor | $61 |
| Other | $61-233 |

PREPARED FOR:
**Speaks v U.S. Tobacco**
September 5, 2017

PREPARED BY:
**David C. Holland**
612.359.2054
Dholland@RustConsulting.com



## ▲ Class Data Management[2]

| | VOLUME | | RATE ($) | TOTAL ($) |
|---|---|---|---|---|
| Receive Data File | 1 | File | 500 | 500 |
| Process Database and Load | 150,406 | Records | 0.02 | 3,008 |
| Address Confirmation Trace | 436,463 | Records | 0.05 | 21,823 |
| Deasesed Search | 614,412 | Records | 0.07 | 43,009 |
| Data File Coordination and Analysis | 25 | Hours | 200 | 5,000 |
| | | | **SUBTOTAL** | **$73,340** |

## ▲ Mailed Notice

**CAFA NOTICE**

| | | | | |
|---|---|---|---|---|
| Prepare and Coordinate CAFA Notice | 1 | One-Time Fee | 1,700 | 1,700 |
| Data Analysis and Creation of Class Member List By State | 8 | Hours | 200 | 1,600 |
| Postage - Priority Mail | 52 | Notices | 5.75 | 299 |

**INITIAL NOTICE[3]**

| | | | | |
|---|---|---|---|---|
| Notice Design, Mailing Setup and Coordination | 15 | Hours | 165 | 2,475 |
| CASS/NCOA/LACS Processing | 1 | One-Time Fee | 1,000 | 1,000 |
| Print and Mail Postcard Notice | 150,406 | Notices | 0.09 | 13,537 |
| Postage - Postcard Notice | 150,406 | Notices | 0.34 | 51,138 |

**FOLLOW-UP TO INITIAL NOTICE**

| | | | | |
|---|---|---|---|---|
| Receive Undeliverable Mail and Update Database | 8,272 | Notices | 0.45 | 3,723 |
| Coordinate Remailing (Assume 3 Mailings) | 5 | Hours | 165 | 825 |
| Address Trace | 7,520 | Traces | 0.25 | 1,880 |
| Re-Mail Individual Notice | 6,768 | Notices | 0.25 | 1,692 |
| Postage - Re-mail Notice | 6,768 | Notices | 0.34 | 2,301 |
| Print and Mail - Individual Notice Requests | 200 | Requests | 2.00 | 400 |
| Postage - Individual Notice Requests | 200 | Requests | 0.34 | 68 |
| | | | **SUBTOTAL** | **$82,637** |

## ▲ Publication Notice

**PUBLISHED AND MEDIA NOTICE**

| | | | |
|---|---|---|---|
| Publication | | | *Provided by Kinsella Media* |

## ▲ Website

**WEBSITE**

| | | | | |
|---|---|---|---|---|
| Setup and Load Documents | 1 | One-Time Fee | 1,000 | 1,000 |
| Draft and Post Website Content | 40 | Hours | 165 | 6,600 |
| Website Updates and Edits | 20 | Hours | 165 | 3,300 |
| Monthly Maintenance/Hosting | 57 | Months | 250 | 14,250 |
| | | | **SUBTOTAL** | **$25,150** |

PREPARED FOR:  
*Speaks v U.S. Tobacco*  
September 5, 2017

PREPARED BY:  
**David C. Holland**  
612.359.2054  
Dholland@RustConsulting.com



## ◢ Processing[4]

| OPT-OUTS AND CORRESPONDENCE/EMAIL | VOLUME | | RATE ($) | TOTAL ($) |
|---|---|---|---|---|
| Receipt and Process | 62 | Hours | 90 | 5,559 |
| **HARD COPY CLAIM FORMS** | | | | |
| Draft Claims Procedures, Training and Reports | 10 | Hours | 165 | 1,650 |
| Receipt and Data Capture | 15,000 | Claims | 1.25 | 18,750 |
| Imaging (1 Page per Form) | 15,000 | Pages | 0.12 | 1,800 |
| **ONLINE CLAIM FORMS** | | | | |
| Develop Online Claim Filing Screens | 30 | Hours | 200 | 6,000 |
| Monthly Maintenance - Online Claim Filing Period | 3 | Months | 275 | 825 |
| Download Forms from Website & Update Database | 15,000 | Claims | 0.15 | 2,250 |
| **VALIDATION** | | | | |
| Validate Claims | 500 | Hours | 85 | 42,500 |
| **CALCULATION** | | | | |
| Calculation and Quality Review | 40 | Hours | 185 | 7,400 |
| **PROCESS DEFICIENT CLAIM FORMS** | | | | |
| Draft Letters and Coordinate Mailing | 10 | Hours | 165 | 1,650 |
| Generate Cure Letter and Mail (Minimum $150/batch) | 1,500 | Letters | 1.50 | 2,250 |
| Postage - Letters | 1,500 | Letters | 0.47 | 705 |
| Receive Response and Update Database | 750 | Responses | 3.00 | 2,250 |
| | | | **SUBTOTAL** | **$93,589** |

## ◢ Call Center[5]

| | | | | |
|---|---|---|---|---|
| Set-up | 1 | One-Time Fee | 1,500 | 1,500 |
| Draft Scripting, Coordination and Reports | 25 | Hours | 165 | 4,125 |
| Call Center Management* | 50 | Hours | 140 | 7,000 |
| CSR Training | 40 | Hours | 57 | 2,280 |
| Telephone Support | 500 | Hours | 57 | 28,500 |
| Interactive Voice Response (Automated Q&A) | 15,041 | Minutes | 0.60 | 9,024 |
| Interactive Voice Response (Automated Q&A) - Mthly Min. | 48 | Months | 250 | 12,000 |
| Notice Requests | 200 | Requests | 1.45 | 290 |
| 800# Charges | 46,626 | Minutes | 0.12 | 5,595 |
| | | | **SUBTOTAL** | **$70,314** |

| PREPARED FOR: | PREPARED BY: |  |
|---|---|---|
| *Speaks v U.S. Tobacco* | **David C. Holland** | |
| September 5, 2017 | 612.359.2054 | |
| | Dholland@RustConsulting.com | |

## ▲ Distribution and Tax Reporting

| FUND DISTRIBUTION | VOLUME | | RATE ($) | TOTAL ($) |
|---|---|---|---|---|
| CASS/NCOA/LACS Processing | 1 | One-Time Fee | 500 | 500 |
| Fund Setup, Distribution Coordination and Reports | 20 | Hours | 165 | 3,300 |
| Create Distribution Files, Quality Control | 10 | Hours | 200 | 2,000 |
| Print and Mail Payments - Postcard Checks | 29,250 | Payments | 0.25 | 7,313 |
| Postage - Award Payments | 29,250 | Payments | 0.38 | 11,115 |
| System Charges Banking Activities - per check[6] | 29,250 | Payments | 0.22 | 6,435 |
| Account Reconciliation (1 hour/month) | 9 | Months | 155 | 1,395 |
| System Charges Banking Activities | 9 | Months | 225 | 2,025 |
| **REISSUE PROCESSING/BANKING** | | | | |
| Manage Reissue Process, Resolve Issues | 8 | Hours | 125 | 1,000 |
| Receive Undeliverable Payments and Update Database | 4,973 | Payments | 1.00 | 4,973 |
| Address Trace | 4,388 | Traces | 1.50 | 6,581 |
| Print and Mail Reissue Payments (minimum $250/batch) | 4,973 | Payments | 1.50 | 7,459 |
| Postage | 4,973 | Payments | 0.47 | 2,337 |
| **TAX REPORTING** | | | | |
| Annual Fee -QSF Income Tax Reporting | 6 | Years | 2,250 | 13,500 |
| Individual Income Tax Reporting (1099) | - | Years | 3,000 | - |
| | | | **SUBTOTAL** | **$69,932** |

## ▲ Fees[7]

| PROJECT MANAGEMENT | | | | |
|---|---|---|---|---|
| Project Planning and Preparation, Client Calls | 200 | Hours | 167 | 33,400 |
| Ongoing Maintenance, Declarations, Reporting - Year 1 | 100 | Hours | 167 | 16,700 |
| Ongoing Maintenance, Declarations, Reporting - Year 2-5 | 160 | Hours | 175 | 28,000 |
| **TECHNICAL SUPPORT** | | | | |
| Ongoing Maint, System Mods, Reporting, QA - Year 1 | 30 | Hours | 200 | 6,000 |
| Ongoing Maint, System Mods, Reporting, QA - Years 2-5 | 96 | Hours | 175 | 16,800 |
| | | | **SUBTOTAL** | **$100,900** |

## ▲ Expenses

| Other Charges and Out-of-pocket Costs[8] | | | | *As Incurred* |
|---|---|---|---|---|
| | | | **SUBTOTAL** | **As Incurred** |

## Total Estimated Cost — $515,863

**PREPARED FOR:**
*Speaks v U.S. Tobacco*
September 5, 2017

**PREPARED BY:**
**David C. Holland**
612.359.2054
Dholland@RustConsulting.com



1. All line items above that indicate hourly rates show blended rates.

2. "Receive and Process Database" assumes that data is complete, standardized, and consistent with respect to the formatting and data components needed to mail and calculate settlement payments. Rust prefers tab delimited text file with field headers, but without text qualifiers. (Other formats may be accepted at Rust's discretion.) Data that requires additional efforts can take a significant amount of time and should be considered when setting key settlement dates, especially the mailed notice deadline. Resources used to enhance or further develop non-standardized data will be billed on a time and materials basis according to Rust's current standard hourly rates.

3. Notice Package: Print and mail per unit price is estimated. Actual prices will be provided after form is finalized, prior to mailing. Notice package includes notice and claim form. Services for notice drafting, claim form design, multiple versions and translations may result in additional hours billed.

4. Claims Processing: "Receipt and Process" includes open, date stamp, label and data capture a 1-page claim form with up to five fields. "Validate" includes accepting or rejecting claims, handling disputes and curing deficient claims.

5. Call Center: The above amounts are estimates based on assumptions noted on Page 2.  Actual amounts incurred will be billed on a monthly basis.  As call volumes drop to levels where a dedicated staff is no longer needed, we will move into a shared staff delivery service where charges will be allocated on an answered call basis based upon historical call center costs at our standard CSR rates.  A minimum charge of $500 per month will be billed for providing telephone support.

6. Check Processing Charge includes bank activities (electronic clearing, exchange of positive pay files, payment voiding, and online portal usage) and positive pay file review including exception handling.

7. Fees are estimated and will be billed on actual time expended based on the rates found in the current standard Hourly Rates. The rates included in the estimate are a blended estimate of the rates listed above.

8. Out-of-Pocket Expenses: Includes post office box rental, overnight shipments, postage, labels, travel, long distance, data storage and other miscellaneous charges and expenses.

PREPARED FOR:
*Speaks v U.S. Tobacco*
September 5, 2017

PREPARED BY:
**David C. Holland**
612.359.2054
Dholland@RustConsulting.com

# Terms and Conditions

All administration services to be provided by Rust Consulting to you ("Customer") shall be subject to the following terms and conditions:

1. Services. Subject to the terms hereof, Rust Consulting agrees to provide the Customer with claims administration services (hereinafter, "Claims Services") as specified in the Proposal provided to Customer to which these Terms and Conditions are attached.

2. Term. The terms of this agreement will remain in effect until completion of the Claims Services, unless earlier terminated in accordance with Section 10 hereof.

3. Charges for Services. Charges to the Customer for Claims Services shall be on a time and materials basis at our prevailing rates, as the same may change from time to time. Any fee estimates set forth in the proposal are estimates only, based on information provided by Customer to Rust Consulting. Actual fees charged by Rust Consulting to Customer may be greater or less than such estimate, and Customer shall be responsible for the payment of all such charges and expenses in accordance with Section 4 hereof. Furthermore, Customer will be responsible for payment of all state and local sales and use taxes, if any, levied upon the charges payable by the Customer hereunder. Rust Consulting may derive financial benefits from financial institutions in connection with the deposit and investment of settlement funds with such institutions, including without limitation, discounts on eligible banking services and fees, and loans at favorable rates.

4. Payment of Charges. Payment by Customer of Rust Consulting's monthly invoices shall be due upon receipt thereof. Amounts unpaid after thirty (30) days are subject to a service charge at the rate of 1.5% per month or, if less, the highest rate permitted by law. Decisions of the court and actions of the parties, including disapproval or withdrawal of a settlement, do not affect the Customer's liability to Rust Consulting for payment of Claims Services. Claims Services are not provided on a contingency fee basis.

5. Confidentiality. Rust Consulting agrees to implement and maintain reasonable and appropriate security measures and safeguards to protect the security and confidentiality of Customer data provided to Rust Consulting by Customer in connection herewith. Should Rust Consulting ever be notified of any judicial order or other proceedings in which a third party seeks to obtain access to the confidential data created by or for the Customer, Rust Consulting will promptly notify the Customer, unless prohibited by applicable law. The Customer shall have the option to (1) provide legal representation at the Customer's expense to avoid such access or (2) promptly reimburse Rust Consulting for any of its costs, including attorneys' fees, reasonably incurred in avoiding, attempting to avoid or providing such access and not paid by the entity seeking the data. If Rust Consulting is required, pursuant to a court order, to produce documents, disclose data, or otherwise act in contravention of the obligations imposed by this Agreement, or otherwise, with respect to maintaining the confidentiality, proprietary nature and secrecy of the produced documents or disclosed data, Rust Consulting will not be liable for breach of said obligation.

6. Standard Banking Procedures. In accordance with Rust Consulting's standard banking procedures, Rust Consulting will establish a demand deposit checking account (i.e. non-interest bearing) for funds received related to a distribution, unless directed otherwise in writing by the parties or unless the settlement agreement stipulates otherwise. In cases where funds are temporarily placed in interest bearing or investment accounts, funds will eventually be migrated to a demand deposit checking account prior to a fund distribution.

7. Rights in Data. Rust Consulting does not convey nor does the Customer obtain any right in the programs, system data, or materials utilized or provided by Rust Consulting in the ordinary course of business in the performance of this Agreement.

8. Document Retention. Unless directed otherwise in writing by Customer, Rust will maintain digitally scanned documents of undeliverable mail, claim forms and other correspondence for one year after final distribution of funds or benefits, or until the date that the disposition of the case is no longer subject to appeal or review, whichever is later. Rust Consulting will retain all bank and tax documents for such period of time as it determines is required to maintain compliance with various federal and state requirements.

9. Limitation of Liability: Disclaimer of Warranty. Rust Consulting warrants that our services will be performed with reasonable care in a diligent and competent matter. Our sole obligation will be to correct any non-conformance with this warranty. Rust Consulting shall not be liable, whether under theories of contract, negligence or other tort, statutory duty or other theories of liability in an amount exceeding the total charges to the Customer for the specific work affected by the error or omission. Rust Consulting will not be liable for any incidental, special, indirect, consequential or exemplary damages of any kind; or for any lost profits, lost opportunities, business interruption or for any liability incurred by the Customer or others to any third party. THE WARRANTIES SET FORTH HEREIN ARE EXCLUSIVE AND ARE IN LIEU OF ALL OTHER WARRANTIES, EXPRESSED, IMPLIED, OR STATUTORY, INCLUDING BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR USE FOR PARTICULAR PURPOSE.

10. Termination. The Claims Services to be provided under this Agreement may be terminated, at will by the Customer upon at least 30 calendar days' prior written notice to Rust Consulting. The Customer's obligation to pay for services or projects in progress at the time of notice of withdrawal shall continue throughout that 30 day period. Rust Consulting may terminate this Agreement (i) with 10 calendar days' prior written notice, if the Customer is not current in payment of charges or (ii) in any event, upon at least 3 months' prior written notice to the Customer.

11. Notice. Any notice required or permitted hereunder shall be in writing and shall be delivered personally, by, or sent by registered mail, postage prepaid, or overnight courier service to the responsible officer or principal of Rust Consulting or the Customer, as applicable, and shall be deemed given when so delivered personally, or, if mailed, five days after the date of deposit in United States mail, or, if sent by courier, one business day after delivery to such courier service.

12. Force Majeure. To the extent performance by Rust Consulting of any of its obligations hereunder is substantially prevented by reason of any act of God or by reason of any other matter beyond Rust Consulting's reasonable control, then such performance shall be excused and this Agreement, at Rust Consulting's option, be deemed suspended during the continuation of such condition and for a reasonable time thereafter.

13. Nonwaiver of Rights. No failure or delay on the part of a party in exercising any right hereunder will operate as a waiver of, or impair, any such right. No single or partial exercise of any such right will preclude any other or further exercise thereof or the exercise of any other right. No waiver of any such right will be effective unless given in a signed writing.

14. Jurisdiction. The parties hereto irrevocably and unconditionally submit to the jurisdiction of the Court of the applicable case for purposes of any suit, action or proceeding to enforce any provision of, or based on any right arising out of, this Agreement. The parties hereto hereby irrevocably and unconditionally waive any objection to the laying of venue of any such suit, action or proceeding in the Court.

15. Survival. All accrued payment obligations hereunder, any remedies for breach of this Agreement, this Section and the following Sections will survive any expiration or termination of this Agreement: Section 7 (Rights in Data); Section 5 (Confidentiality), Section 9 (Limitation of Liability; Disclaimer of Warranty), and Section 14 (Jurisdiction).

16. Entire Agreement. These Terms and Conditions and the proposal embody the entire agreement between the parties with respect to the subject matter hereof, and cancels and supersedes all prior negotiations, representations, and agreements related thereto, either written or oral, except to the extent they are expressly incorporated herein. No changes in, additions to, or waivers of, the terms and conditions set forth herein will be binding upon any party, unless approved in writing by such party's authorized representative.