UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

TERESA M. SPEAKS, TOBY SPEAKS, STANLEY SMITH, EDDIE BROWN, ROBERT POINDEXTER, MIKE MITCHELL, ROY L. COOK, ALEX SHUGART, H. RANDLE WOOD, ROBIN ROGERS and DANIEL LEE NELSON,

Plaintiffs,

vs.

U.S. TOBACCO COOPERATIVE INC. f/k/a FLUE-CURED TOBACCO STABILIZATION CORPORATION,

Defendant.

Civil Action No.: 5:12-CV-00729-D

## ORDER

This matter having come before the Court for consideration pursuant to Defendant U.S. Tobacco Cooperative Inc.'s Uncontested Motion to Seal, the Court having considered the Memorandum of Law in Support of the Motion, finds that just cause exists for the granting of the motion.

ACCORDINGLY, IT IS ORDERED that the Motion to Seal is GRANTED. The Clerk shall accept and file under seal Exhibit B to the Declaration of Derek L. Shaffer in Support of Defendant's Responses to the Miles Objections to Settlement, dated December 20, 2017.

SO ORDERED this __15__ day of __January__, 2018.

_____
Honorable James C. Dever III
Chief United States District Judge