UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No.: 5:12-CV-00729-D

| | |
|---|---|
| TERESA M. SPEAKS, TOBY SPEAKS STANLEY SMITH, EDDIE BROWN, ROBERT POINDEXTER, MIKE MITCHELL, ROY L. COOK, ALEX SHUGART, H. RANDLE WOOD, ROBIN ROGERS and DANIEL LEE NELSON, | ) ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| U.S. TOBACCO COOPERATIVE, INC. f/k/a FLUE-CURED TOBACCO COOPERATIVE STABILIZATION CORPORATION, | ) ) ) ) |
| Defendant. | ) ) ) |

## ORDER

This matter having come before the Court for consideration pursuant to Objector's

Pender Sharp and Sharp Farms, Inc.'s Motion to Seal, the Court having considered the Motion,

finds that just cause exists for the granting of the motion.

ACCORDINGLY, IT IS ORDERED that the Motion to Seal is GRANTED. The Clerk

shall accept and file under seal Attachment K to the Pender Sharp and Sharp Farms Inc.'s

Objection to Speaks Proposed Settlement, dated December 20, 2017.

SO ORDERED this __15__ day of __January__, 2018.

Honorable James C. Dever III
Chief United States District Judge