IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:12-CV-729-D

| | | |
|---|---|---|
| TERESA M. SPEAKS, TOBY SPEAKS, STANLEY SMITH, EDDIE BROWN, ROBERT POINDEXTER, MIKE MITCHELL, ROY L. COOK, ALEX SHUGART, H. RANDLE WOOD, ROBIN ROGERS, and DANIEL LEE NELSON, | ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | **AMENDED FINAL JUDGMENT** |
| U.S. TOBACCO COOPERATIVE, INC. f/k/a FLUE-CURED TOBACCO COOPERATIVE STABILIZATION CORPORATION, | ) ) ) ) | |
| Defendant. | ) | |

On February 20, 2018, the Court GRANTED plaintiffs' motion for final approval of a class action settlement [D.E. 216] and entered a Final Approval Order. The Court finds that the Settlement Class as defined in the Settlement Agreement [D.E. 60-1] meets the requirements of Federal Rules of Civil Procedure 23(a), (b)(3). Thus, the Court certifies the Settlement Class. The Court finds that class notice satisfied the requirements of Rule 23 and the Due Process Clause. The Court also finds that the Settlement Agreement is fair, reasonable, and adequate under Federal Rule of Civil Procedure 23(e). Accordingly, the Court APPROVES the final class action settlement.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED as follows:

1. This Amended Final Judgment and the Final Approval Order incorporate the Settlement Agreement, and all definitions set forth in the Settlement Agreement. All terms used herein shall have the same meanings as defined in the Settlement Agreement.

2. The Settlement Class includes:

> all individuals, proprietorships, partnerships, corporations, and other entities that are or were shareholders and/or members of U.S. Tobacco at any time during the Class Period, without any exclusion, including any heirs, representatives, executors, powers-of-attorney, successors, assigns, or others purporting to act for or on their behalf with respect to U.S. Tobacco and/or the Settled Claims.

The certified Settlement Class includes all Settlement Class Members to whom notice was directed and who did not timely request to be excluded from the Settlement Class. See Fed. R. Civ. P. 23(c)(3)(B).

3. Regardless of whether Settlement Class Members make claims under the Settlement Agreement, the Court's Final Approval Order and Amended Final Judgment DISMISSES WITH PREJUDICE Plaintiffs' and Settlement Class Members' claims and forever releases, remises, acquits, satisfies, and discharges Defendant from any and all actions, causes of action, suits, debts, dues, sums of money, accounts, reckoning, bonds, bills, covenants, controversies, damages, judgments, extents, executions, liabilities, claims, and demands whatsoever, in law, admiralty or equity, whether based on acts, omissions, or agreements, whether arising under federal, state, local, statutory, and/or common law and/or any other law, rule, or regulation (including, without limitation, the federal securities laws), whether known claims or Unknown Claims, that have been or could have been asserted, either directly, derivatively, or otherwise, in any forum by the Plaintiffs or the Settlement Class Members, and/or any of them, against any of the Released Parties which arise out of, are based upon, are in connection with, and/or relate in any way to: (i) any of the matters, things, causes, or events that are specifically released pursuant to any of the provisions of the Settlement Agreement or any document executed in connection therewith; (ii) any matter, thing, cause, or event whatsoever, or any series thereof, involved, set forth, and/or related to the Complaint or Amended

2

Complaint in this Action; and (iii) any action or inaction of the Cooperative or its Board of Directors, or any of them, whatsoever during the Class Period; provided, however, that the Settled Claims shall not include the right of any of the Parties or the Released Parties to enforce the terms of the Settlement.

4. This Amended Final Judgment is BINDING on all Parties and all Settlement Class Members who have not been timely excluded from the Settlement Class by serving a properly executed request for exclusion postmarked by December 20, 2017. Those EXCLUDED from the Settlement Class are identified in the opt-out list attached to this Amended Final Judgment as Exhibit A. The Plaintiffs and the Settlement Class Members who have not been timely excluded from the Settlement Class by serving a properly executed request for exclusion postmarked by December 20, 2017, on behalf of themselves, their heirs, representatives, executors, administrators, successors, and assigns, and any persons they represent are ENJOINED from prosecuting each and every Settled Claim against the Defendant and each of the Released Parties.

5. Defendant or the Released Parties may use and file this Amended Final Judgment, the Final Approval Order, and the Settlement Agreement to seek an injunction and to support a defense of res judicata, collateral estoppel, estoppel, release, waiver, good-faith settlement, judgment bar or reduction, full faith and credit, or any other theory of claim preclusion, issue preclusion, or similar defense, or counterclaim.

6. Neither this Amended Final Judgment, the Final Approval Order, the Attorneys' Fees and Incentive Award Order, nor the Settlement Agreement shall be construed or deemed to be evidence of, or an admission or concession on the part of, Defendant with respect to any claim, fault, liability, wrongdoing, or damage whatsoever that has been alleged against Defendant, or of any infirmity in the defenses that Defendant has asserted or could assert. Similarly, the Settlement Agreement shall

3

not be construed or deemed to be a concession by any of the Plaintiffs of any infirmity in the claims asserted in this Action.

7. This Court SHALL retain jurisdiction for the purpose of (i) enforcing the terms of this Amended Final Judgment and the Final Approval Order; (ii) enforcing the terms of the Settlement Agreement; (iii) resolving any claims of Settlement Class Members with respect to the Settlement Fund; and (iv) taking any steps necessary in aid of its jurisdiction or to protect or effectuate its judgments.

8. All Settled Claims as against the Defendant and the Released Parties are hereby DISMISSED WITH PREJUDICE.

9. The Court expressly DIRECTS the Clerk of Court immediately to enter this Amended Final Judgment. Upon entry, this Court DECREES that this document be deemed an Amended Final Judgment. See Fed. R. Civ. P. 58, 60(a).

SO ORDERED. This 27 day of February 2018.

JAMES C. DEVER III
Chief United States District Judge

| # | Name | State | # | Name | State |
|---|------|-------|---|------|-------|
| 1 | RACHEL J. BARR EXEC | NC | 45 | DANIEL H. KORNEGAY | NC |
| 2 | F R EASON | NC | 46 | KEITH R. BEAVERS | NC |
| 3 | KORNEGAY FARMS, INC. | NC | 47 | ESTATE OF HUBERT N. TYSON | NC |
| 4 | MAJOR JONES | NC | 48 | ESTATE OF SUSAN M. TYSON | NC |
| 5 | WHITNEY E. KING | NC | 49 | RANDY MCCULLEN (MCFARMS) | NC |
| 6 | DOUGLAS L. LANIER | NC | 50 | ALFRED J. WORLEY JR. | NC |
| 7 | RALPH ELLINGTON JR. | NC | 51 | DOROTHY G.I. COLTRAIN | NC |
| 8 | GLENDA B. BEAVERS | NC | 52 | CHARLES W. SOMERSETT | NC |
| 9 | ANDREW B. KIRBY | NC | 53 | MARK W. ROSS | NC |
| 10 | JEFFERY V. TYSON (TYSON FAMILY FARMS, ROLLING T FARMS LLC) | NC | 54 | TERRY M. ALLEN (T.M. ALLEN INC.) | NC |
| 11 | SUSAN S. EUBANK | VA | 55 | MORGAN KIRBY | NC |
| 12 | LESTER B. AYCOCK JR. | NC | 56 | S. STUART PIERCE JR. (STUART PIERCE FARMS) | NC |
| 13 | CAROLYN S. MITCHELL | VA | 57 | LEWIS ALPHIN II | NC |
| 14 | MAX COOPER | NC | 58 | LEWIS ALPHIN | NC |
| 15 | RALPH RENEGAR | NC | 59 | HEATHER A. INGRAM | NC |
| 16 | GREGORY C. PRITCHETT | VA | 60 | TONY M. JONES | NC |
| 17 | JOHN M. KORNEGAY | NC | 61 | JOHN D. IVEY | NC |
| 18 | GAY SULLIVAN | NC | 62 | GORDON R. IVEY | NC |
| 19 | CHANDLER WORLEY | NC | 63 | LYNN S. HOLLOWAY | NC |
| 20 | LESTER B. AYCOCK | NC | 64 | BRAD HOLLOWAY | NC |
| 21 | RICHARD P. RENEGAR | NC | 65 | JODY E. CLEMMONS (CLEMMONS FARMING INC.) | NC |
| 22 | CHASE KORNEGAY | NC | 66 | ESTATE OF DALLAS H. MCULLOCK JR. | NC |
| 23 | SHARON W. TYSON | NC | 67 | DAVID POPE | NC |
| 24 | CLAY M. STRICKLAND | NC | 68 | LINWOOD SCOTT JR. | NC |
| 25 | JAMES E. MORRIS | NC | 69 | TIMOTHY W. FISHER (TIM FISHER FARMS) | NC |
| 26 | DONNELL KORNEGAY SR. | NC | 70 | ESTATE OF SELBY T. BEAMAN | NC |
| 27 | ESTATE OF JOHN H. POPE | NC | 71 | CHANDLER KORNEGAY | NC |
| 28 | SHERRILL W. JERNIGAN | NC | 72 | DONNELL KORNEGAY JR. | NC |
| 29 | C. MONROE ENZOR JR. | NC | 73 | JOHN M. KORNEGAY | NC |
| 30 | HOWARD A. TYSON | NC | 74 | ESTATE OF PEARL W. TYSON | NC |
| 31 | WAITUS C. WEST | NC | 75 | ESTATE OF LYNWOOD S. HOLLOWAY | NC |
| 32 | CYNTHIA K. IVEY | NC | 76 | RALPH ELLINGTON SR. | NC |
| 33 | KRISTAL M JONES | NC | 77 | ESTATE OF JERRY L. WEST | NC |
| 34 | WILLIAM R HORNER | NC | 78 | VONDA H. BLACKBURN | NC |
| 35 | DAN LEWIS | NC | 79 | ESTATE OF J.T. ELLINGTON JR. | NC |
| 36 | JAMES B MORRIS | NC | 80 | J. THOMAS SHAW III | NC |
| 37 | KITSIE A. JONES | NC | 81 | JACK M. GALLIMORE | NC |
| 38 | MYRTLE BOWMAN | VA | 82 | ESTATE OF CHARLIE C. HORNER | NC |
| 39 | HILDA ALPHIN | NC | 83 | FISHER FARMS PARTNERSHIPS | NC |
| 40 | KYLE COX | NC | 84 | DAVID C. POPE | NC |
| 41 | SCOTT FARMS INC. | NC | 85 | ESTATE OF JOEY W. KIRBY | NC |
| 42 | JOHN H. POPE JR. | NC | 86 | ESTATE OF ROBERT F. KIRBY | NC |
| 43 | ORVILLE M. WIGGINS | NC | 87 | THERESA A.P. KIRBY | NC |
| 44 | CECIL E. BRYAN | NC | 88 | JOHN R. BEAMAN | NC |

Revised Opt-Out List
**EXHIBIT A**