IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No.: 5:12-cv-729-D

| | |
|---|---|
| TERESA M. SPEAKS, TOBY SPEAKS, STANLEY SMITH, EDDIE BROWN, ROBERT POINDEXTER, MIKE MITCHELL, ROY L. COOK, ALEX SHUGART, H. RANDLE WOOD, ROBIN ROGERS and DANIEL LEE NELSON, <br><br>Plaintiff, <br><br>v. <br><br>U.S. TOBACCO COOPERATIVE INC. <br><br>Defendant. | **ORDER** |

The court will hold a hearing on the parties' joint Motion for status conference [D.E. 307] at 4:00 on May 15, 2019, in Courtroom 1 of the Terry Sanford Federal Building, 310 New Bern Avenue, Raleigh, North Carolina.

SO ORDERED. This 19 day of April 2019.

_____
JAMES C. DEVER III
United States District Judge