IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No.: 5:12-cv-729-D

| | | |
|---|---|---|
| TERESA M. SPEAKS, TOBY SPEAKS, STANLEY SMITH, EDDIE BROWN, ROBERT POINDEXTER, MIKE MITCHELL, ROY L. COOK, ALEX SHUGART, H. RANDLE WOOD, ROBIN ROGERS and DANIEL LEE NELSON, | ) ) ) ) ) ) ) | |
| Plaintiff, | ) ) | **ORDER** |
| v. | ) ) | |
| U.S. TOBACCO COOPERATIVE INC. | ) ) | |
| Defendant. | ) | |

The court hereby GRANTS the parties' joint motion for approval to provide notice to the formerly-certified class of the reversal of the settlement [D.E.310, the "Motion"]. The parties shall update the language on the website www.FlueCuredTobaccoSettlement.com with the proposed language contained in the Motion. *See* Mot. at 2-3.

SO ORDERED. This 15 day of May 2019.

JAMES C. DEVER III
United States District Judge